FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00657-LTB

EDWARD ALLEN,

     Applicant,

v.

TOM CLEMENTS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

     Respondents.

---

## ORDER REINSTATING CASE

---

Pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 7, 2011, this civil action is reinstated.  Accordingly, it is

ORDERED that this civil action is reinstated pursuant to the mandate of the United States Court of Appeals for the Tenth Circuit filed on September 7, 2011.  It is

FURTHER ORDERED that the case shall be reassigned to the pro se docket.

DATED at Denver, Colorado, this _13th_ day of ___September___, 2011.

BY THE COURT:


    ___s/Lewis T. Babcock_____
    LEWIS T. BABCOCK, Senior Judge
    United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00657-BNB

Edward Allen
Prisoner No. 122690
Sterling Correctional Facility
PO Box 6000
Sterling, CO 80751

I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on September 13, 2011

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk