**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 11-cv-00657-BNB

EDWARD ALLEN,

      Applicant,

v.

TOM CLEMENTS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

      Respondents.

---

### MINUTE ORDER

---

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

      Applicant's "Second Motion for Discovery" (Doc. #29) filed on September 19, 2011, in which Applicant also requests appointment of counsel, is DENIED as premature. Applicant's "Objection to Clerk's Actions" (Doc. #31) filed on September 19, 2011, is OVERRULED because the second motion for discovery he references has been filed and considered by the court.

Dated: September 20, 2011

---